MARMAC CONSTRUCTION COMPANY, Respondent, v. HOLLYWOOD GARAGE CORPORATION, Appellant.— Order reversed, with ten dollars costs and disbursements, and motion granted, with ten dollars costs, on the authority of Di Menna v. Cooper & Evans Co. (220 N. Y. 391). Settle order on notice. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

MUTUAL LUMBER COMPANY, Plaintiff, v. VAN TANNER BUILDING COMPANY, Appellant, and INDEMNITY INSURANCE COMPANY OF NORTH AMERICA, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

BENJAMIN F. BURKWITT, Respondent, v. EINHORN REALTY CORPORATION, Appellant.— Order reversed, with ten dollars costs and disbursements, and motion denied, with ten dollars costs. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

ATLAS MASONS SUPPLY CO., INC., Respondent, v. MARCUS-SACHS BUILDERS, INC., and Others, Defendants, Impleaded with ISIDOR SACHS, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

WALTER L. TITUS, Respondent, v. ROBERT T. NEELY and Others, Appellants.— Order affirmed, with ten dollars costs and disbursements, with leave to defendants to answer within ten days from service of order upon payment of said costs, and ten dollars costs of motion at Special Term, unless otherwise stipulated by the parties. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

SILBERMAN BROS., INC., Appellant, v. DEPARTMENT OF HEALTH OF THE CITY OF NEW YORK, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

JAMES F. WHITE & CO., INC., Respondent, v. WELLINGTON SEARS & COMPANY and Others, Defendants, Impleaded with F. COIT JOHNSON, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.